**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Nelson Danilo GONZALEZ–BREVE,**
**also known as Nelson Gonzalez,**
**Defendant–Appellant.**

**No. 09–40880**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 18, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Molly Estelle Odom, Esq., Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Nelson Danilo Gonzalez–Breve has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gonza-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lez–Breve has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.